UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-16380 |
| | | CHAPTER 13 |
| LORI C. LINK | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

 Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

 The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916301 | $6.04 |

Creditor(s)
Portfolio Acquisitions
P.O. Box 947
Brookfield, WI 53008


              Respectfully submitted,


            /s/ Margaret A. Burks, Esq.
              Margaret A. Burks, Esq.
              Chapter 13 Trustee
              Attorney No. OH 0030377

              Francis J. DiCesare, Esq.
              Staff Attorney
              Attorney No. OH 0038798

              Karolina F. Perr, Esq.
              Staff Attorney
              Attorney No. OH 0066193

              600 Vine Street, Suite 2200
              Cincinnati, OH 45202
              (513) 621-4488
              (513) 621 2643 (Facsimile)
              mburks@cinn13.org - Correspondence only
              fdicesare@cinn13.org
              kperr@cinn13.org
              cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, December 16, 2009.

                                        /s/    Margaret A. Burks, Esq.
                                                  Margaret A. Burks, Esq.

Portfolio Acquisitions
P.O. Box 947
Brookfield, WI 53008

Debtor(s) Counsel
DEARFIELD, KRUER & CO., LLC
8080 BECKETT CENTER DRIVE
SUITE 217
WEST CHESTER,, OH  45069

Debtor(s)
LORI C. LINK
12165 SPALDING DRIVE
CINCINNATI, OH  45231

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)